IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DAVID R. LILLING,     *

     Plaintiff,     *

v.     *    Civil Action No. JFM 98-3298

STEPHEN FOCHT,     *

     Defendant.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In consideration of the Motion to Compel filed by plaintiff, David R. Lilling, and any response thereto, it is this _30th_ day of _Mar_, 1999 hereby

ORDERED, that said Motion BE, and the same is, GRANTED, and

ORDERED, that defendant, Stephen Focht, shall fully and completely respond to the Interrogatories and Request for Production of Documents served upon him by plaintiff, David R. Lilling, within _10_ days from the date of this Order.

_____
United States District Judge

cc:    John J. Kuchno, Esquire
Neuberger, Quinn, Gielen, Rubin
   & Gibber, P.A. 27th Floor
One South Street
Baltimore, Maryland 21202

Stephen Focht
c/o Volunteers of America
4601 East Monument Street
Baltimore, Maryland 21205

112912